IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAOMI AUSTIN | : | CIVIL ACTION |
| vs. | : | |
| NATIONAL ENTERPRISE SYSTEMS, INC. | : | NO. 08-1038 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, NAOMI AUSTIN, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/ Carol L. Vassallo
            Carol L. Vassallo Esquire
            Attorney for Plaintiff
            Attorney I.D. #45372
            Warren, Vullings & Vassallo, LLP
            1603 Rhawn Street
            Philadelphia, PA 19111
            215-745-9800